UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Premium Merchant Funding 18, LLC,
Premium Merchant Funding 26, LLC,

       Plaintiffs,

 -against-

Scott Crandall Honan, Honan Property Management, LLC, Honan Preferred Equity, LLC, Richmond Honan Development & Acquisitions LLC, OVRH26 SPE, LLC, Forsyth Physicians Center MOB1, LLC, Forsyth Physicians Center SPE 1, LLC, FPC MOB1 Tenant Partners, LLC, Resurgens Forsyth Medical Center, LLC, Glenridge Lifehope SPE LLC, Glenridge Lifehope JV, LLC, Glenridge Lifehope Mezz SPE, LLC, Glenridge Lifehope HPE, LLC, Highpoint Lifehope SPE, LLC, Regional One RH MOB 1 SPE, LLC,

       Defendants.
-----------------------------------------------------------------X

CIVIL ACTION NO.:

**SUPPORTING DECLARATION**

I, ABE BURGER, declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

I am the Chief Operating Officer of Premium Merchant Funding 18, LLC, and Premium Merchant Funding 26, LLC the corporate plaintiffs in the above-entitled action. I am familiar with each ultimate individual member of the Plaintiff's can identify the residences as New York, Florida, and Puerto Rico, respectively.

I have read the foregoing Complaint and know its contents. The contents are true to my own knowledge, except as to the matters which are therein stated to be alleged on information and belief, and as to those matters, I believe them to be true.

Dated: February 16 2024

                 _____
                 ABE BURGER